# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

APP LIQUIDATING COMPANY, f/k/a
AMERICAN PAPER AND PACKAGING
CORP., MICHAEL S. POLSKY, RECEIVER,

        Plaintiff,          Case No. 05-C-0846

  v.

PACKAGING CREDIT COMPANY, LLC, a
wholly owned subsidiary of PACKAGING
CORPORATION OF AMERICA,

        Defendant.

___

## ORDER TO DISMISS
___

IT IS HEREBY ORDERED, that based upon the Stipulation of the parties, the above entitled matter may be dismissed in its entirety, as to any and all causes of action, claims, counterclaims and cross-claims by and between the parties, with prejudice, and without costs to any of said parties.

Dated this 29th day of January, 2007.

                                              BY THE COURT:

                                              s/ Rudolph T. Randa
                                              Hon. Rudolph T. Randa
                                              Chief Judge